Debra Ellwood Meppen (SBN: 183885)
Shannon Benbow (SBN: 229224)
Tai-Lyn Parboosingh (SBN: 352680)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 380-4470
E-mail: dmeppen@grsm.com
sbenbow@grsm.com
tparboosingh@grsm.com

Attorneys for Defendant
*Autism Learning Partners, LLC*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD ABBOUD, CRYSTAL ROBERSON, AVINASH SOMIR, KAYO SALAKO and MAKAY HAYNES, individually, and on behalf of all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTISM LEARNING PARTNERS, LLC, a limited liability company,<br><br>Defendant. | Case No. 5:24-cv-02518-JGB-SHK<br><br>**ORDER RE: STIPULATION TO BINDING ARBITRATION AND TO DISMISS COLLECTIVE AND CLASS ACTION COMPLAINT**<br><br>Complaint Filed: November 25, 2024<br>Complaint Served: November 27, 2024<br>Current Response Date: December 18, 2024<br>New Response Date: January 17, 2025 |

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    The Complaint is dismissed without prejudice.

    b.    The Parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: January 21, 2024

_____
Honorable Jesus G. Bernal
Judge of the United States District Court

**ORDER RE: STIPULATION TO BINDING ARBITRATION AND TO DISMISS COLLECTIVE AND CLASS ACTION COMPLAINT**